# EXHIBIT 1





SECOND KNOWN PRESS RELEASE FOR SEASON FOUR.

Take Me to the Full Site | Enter Search

### Discovery to Premiere Season 4 of DUAL SURVIVAL, 4/23

Like { 0 }     Tweet < 0     8+1  0     Feedback

Enter Your Email                                *Friday, Mar, 28, 2014; 1:39 PM; - by TV News Desk*

**Related:** DUAL SURVIVAL, Discovery



Discovery Channel's Dual Survival returns for an all-new season on Wednesday, April 23 at 9PM ET/PT. Joseph Teti and Cody Lundin - two men with drastically different backgrounds and survival strategies - must join forces to take on some of the planet's most unforgiving terrain in order to stay alive. This season the challenges are bigger, the environments are more extreme and the differences between the two men couldn't be greater.

Returning this season is Cody Lundin, a survival veteran who honed his skills living in the deserts and mountains with little modern tools, equipment or assistance. Lundin is a professional survival instructor and has been going barefoot for more than two decades as part of his indigenous survival strategy. Also returning this season is Joseph Teti, a combat-tested special operations veteran and graduate of more than 30 formal schools related to special operations. His training in the art of staying alive has helped him survive countless classified missions in Afghanistan and Iraq. Together they could be the most formidable survival team on the planet - if only they could agree on strategy.

In each episode of DUAL SURVIVAL, the duo is dropped into a survival scenario. This season, Lundin and Teti will tough it out in the endless mangroves of Sri Lanka, the blazing Arabian desert in Oman, the snow-capped Norwegian mountains and more. Equipped only with the minimal gear that would have been carried in the real-life situations, Lundin and Teti must draw upon their arsenal of skills as well as their surroundings to demonstrate what it takes to stay alive. Can they make it out of one of the thickest jungles in the world? Build a shelter among glaciers and winds blowing at 50 miles-per-hour? Or navigate a crocodile infested lake without a boat? The stakes are higher than ever before and as a twist of events unravels throughout the season, one member of Dual Survival will leave the show for good.

"Joe and Cody take on some of the toughest environments in the world, and their vastly different survival styles push them to the breaking point," said Discovery Executive Producer Joshua C. Berkley. "Teamwork in the wild can mean the difference between life and death, a harsh fact that Cody and Joe come face to face with. This may be the most demanding and shocking season yet, and one of these men





won't finish what he started." The new season of Dual Survival kicks off on Wednesday, April 23 at 9PM ET/PT.

DUAL SURVIVAL is produced for Discovery Channel by Original Media, where Charlie Corwin and Daniel Laikind are executive producers and Brian Nashel is executive producer and showrunner. For Discovery Channel, Joshua C. Berkley is executive producer with Veronica Seder as coordinating producer.

About Discovery Channel

Discovery Channel is dedicated to creating the highest quality non-fiction content that informs and entertains its consumers about the world in all its wonder, diversity and amazement. The network, which is distributed to 100.8 million U.S. homes, can be seen in 210 countries and territories, offering a signature mix of compelling, high-end production values and vivid cinematography across genres including, Science and technology, exploration, adventure, history and in-depth, behind-the-scenes glimpses at the people, places and organizations that shape and share our world. For more information, please visit www.discovery.com

About Discovery Communications

Discovery Communications (Nasdaq: DISCA, DISCB, DISCK) is the world's #1 nonfiction media company reaching more than two billion cumulative subscribers in 223 countries and territories. Discovery is dedicated to satisfying Curiosity through 162 worldwide television networks, led by Discovery Channel, TLC, Animal Planet, Science and Investigation Discovery, as well as U.S. joint venture networks OWN: Oprah Winfrey Network, The HUB and 3net, the first 24-hour 3D network. Across the Nordic region, Discovery owns and operates SBS Discovery Media, a top-three portfolio of 20 television brands that feature leading nonfiction content, as well as locally produced entertainment programs, sports and the *best scripted series and movies from major studios.* Discovery also is the leading provider of educational products and services to schools, including an award-winning series of digital textbooks, and owns and operates a diversified portfolio of digital media services, including Revision3. For more information, please visit www.discoverycommunications.com.

For more information, please visit: http://www.discovery.com/tv-shows/dual-survival

<

Page 2 >>

Add a comment...

Comment using...

Facebook social plugin

| Related Links | |
|---|---|
| Hub Network Renews Popular Series FAMILY GAME NIGHT<br>March 31, 2014 |  |
| MTV to Debut New Relationship Series THE EX AND THE WHY & TIMES UP, 4/21<br>March 31, 2014 |  |



# EXHIBIT 2

## You need to respond to Discovery Channel show before I go to your school

Thomas Hunter [tahunter3@gmail.com]
**Sent:** Sunday, June 01, 2014 10:46 AM
**To:** abodude@codylundin.com

I found the behind the scenes episode of Dual Survival very disturbing. You need to post some kind for point for point refutation of what you say they edited out of context. Quite frankly, they made you look like a jerk to use polite language, and if it is accurate I would not bother being taught by you.

Whether or not it is accurate I do not know. I have read your two books (I found out about you through a google search about Mark Bryans and bought your books and then watched your show. I used to take American Combato from Steiner, Bryans teacher) and I have gotten a lot out of them. I see you as something of a walking encyclopedia of knowledge regarding wilderness survival. Merely having your lawyer send a cease and desist order, which Discovery ignored, and stating the episode was shot out of context is not enough. You need to provide more info., or quite frankly, I will learn wilderness survival from somebody else.

Tom Hunter tahunter3@gmail.com



S-74

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): **Cody Lundin** | **Defendant**(s): **Discovery Communications, Inc. ; Original Media ; Brian Nashel** |
| County of Residence: Yavapai | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Kraig J Marton** **Arizona** | |
| **David N Farren** **Arizona** | |
| **Jeffrey A Silence** **Arizona** | |

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties (**Diversity Cases Only**)
　　　　　Plaintiff:- **1 Citizen of This State**
　　　　Defendant:- **5 Non AZ corp and Principal place of Business outside AZ**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **320 Assault, Libel & Slander**

VI. Cause of Action: **28 U.S.C. Section 1332(a) - False Light, Defamation, Declaratory Relief**

http://www.azd.uscourts.gov/cgi-bin/generate_civil_js44.pl

Case 2:16-cv-01568-ROS Document 20-1 Filed 01/30/17 Page 7 of 7
Case 2:16-cv-01568-ROS Document 1-2 Filed 05/20/16 Page 2 of 2

VII. Requested in Complaint

        Class Action: **No**
      Dollar Demand:
        Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature: /s/ Kraig J. Marton**

    **Date: 5/20/2016**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014