1  Daniel C. Barr (#010149)
2  Katherine E. May (#032335)
   PERKINS COIE LLP
3  2901 North Central Avenue, Suite 2000
   Phoenix, Arizona  85012-2788
4  Telephone:  602.351.8000
5  Facsimile:  602.648.7000
   DBarr@perkinscoie.com
6  KMay@perkinscoie.com
   DocketPHX@perkinscoie.com

*Attorneys for Defendants Original Media and Brian Nashel*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cody Lundin, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Discovery Communications, Inc., a Maryland corporation; Original Media, a New York LLC; and Brian Nashel, an individual,<br><br>　　　　　　Defendants. | No. CV-16-01568-PHX-ROS<br><br>**NOTICE OF APPEARANCE OF DANIEL C. BARR** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　PLEASE TAKE NOTICE THAT Daniel C. Barr enters his appearance as counsel of record on behalf of defendants Original Media and Brian Nashel, for the purposes of filing and receiving service of electronic filings for all pleadings, notices, orders, correspondence, and other papers in connection with this proceeding to be served upon him as stated below:

　　　　　Daniel C. Barr (#010149)
　　　　　PERKINS COIE LLP
　　　　　2901 North Central Avenue, Suite 2000
　　　　　Phoenix, Arizona 85012-2788

| | |
|---|---|
| DBarr@perkinscoie.com | |
| Tel: (602) 351-8000 | |
| Fax: (602) 648-7000 | |
| | |
| Dated: February 27, 2017 | **PERKINS COIE LLP** |
| | By: *s/ Daniel C. Barr* |
| | Katherine E. May (#032335) |
| | Daniel C. Barr (#010149) |
| | 2901 North Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012-2788 |
| | Attorneys for Defendants Original Media and Brian Nashel |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | ☒ I hereby certify that on February 27, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record in this matter. |
| 7 | *s/ Stephanie Lawson* |