**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
David Farren (007384)
dnf@jaburgwilk.com
Jeffrey A. Silence
jas@jaburgwilk.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cody Lundin, an individual | Case No. 2:16-CV-01568-ROS |
| Plaintiff, | **PLAINTIFF'S SUPPLEMENT TO MOTION FOR JURY TRIAL** |
| v. | |
| Discovery Communications, Inc. a Maryland corporation; Original Media, a New York LLC; and Brian Nashel, an individual, | |
| Defendants. | |

Plaintiff Cody Lundin ("Cody") hereby submits this Supplement to his Motion for Jury Trial [Doc. #31] to add an alternative request under Rule 6(b)(1)(B), Fed.R.Civ.P., which states: "When an act may or must be done within a specified time, the court may, for good cause, extend the time ... on motion made after the time has expired if the party failed to act because of excusable neglect."

In accordance with Ninth Circuit precedent, Counsel's mistake in not making a formal jury demand in his Complaint, though inadvertent, is at least excusable neglect, and thus good cause, to extend the Rule 38(b) time for requesting a jury trial despite the dubious Ninth Circuit rule against exercising its discretion under Rule 38(b) where there

is inadvertence of counsel.  *See Baldwin v. United States*, 823 F. Supp. 2d 1087, 1113-19 (D. N. Mar. I. 2011).

DATED this 17th day of May, 2017.

**Jaburg & Wilk, P.C.**

*/s/ David N. Farren*
David N. Farren
Kraig J. Marton
Jeffrey A. Silence
Attorneys for Plaintiff

*Certificate of Service*

I hereby certify that on the 17th day of May, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David J. Bodney
Craig C. Hoffman
Shayna Fernandez Watts
**Ballard Spahr LLP**
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for Defendant Discovery Communications, Inc.*

Daniel C. Barr
Katherine E. May
**Perkins Coie LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
*Attorneys for Defendants Original Media and Brian Nashel*

*/s/ Ana M. Canby*