David J. Bodney (006065)
bodneyd@ballardspahr.com
Craig C. Hoffman (026017)
hoffmanc@ballardspahr.com
Shayna Fernandez Watts (027342)
wattss@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

Attorneys for Defendant
Discovery Communications, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cody Lundin, an individual, | NO. CV-16-01568-PHX-ROS |
| Plaintiff, | **FIRST NOTICE OF DISCOVERY AND SETTLEMENT** |
| vs. | |
| Discovery Communications, Inc. a Maryland corporation; Original Media, a New York, LLC; and Brian Nashel, an individual. | |
| Defendants. | |

Pursuant to this Court's May 12, 2017 Rule 16 Scheduling Order, the parties jointly provide this First Notice of Discovery and Settlement.

All parties have issued and responded to written discovery, and the Court issued a ruling on August 31, 2017 regarding the parties' discovery disputes that, to date, have been brought before the Court. Plaintiff maintains that many other discovery disputes that have arisen may also have to be brought before the Court if the parties fail to come to some agreement in the very near future. Defendant Discovery Communications, Inc. and Plaintiff have also issued third party subpoenas. To date, no depositions have been taken.

The parties have had limited discussions regarding settlement, but those discussions have not resulted in a settlement.

DMWEST #17004744 v1

RESPECTFULLY SUBMITTED this 1st day of September, 2017.

                                                BALLARD SPAHR LLP


By: /s/ Craig C. Hoffman
     David J. Bodney
     Craig C. Hoffman
     Shayna Fernandez Watts
     Attorneys for Defendant
     Discovery Communications, Inc.


JABURG & WILK, P.C.


By: /s/ David N. Farren (with permission)
     David N. Farren
     Kraig J. Marton
     Jeffrey A. Silence
     Attorneys for Plaintiff


PERKINS COIE LLP


By: /s/ Daniel C. Barr (with permission)
     Daniel C. Barr
     Katherine E. May
     Attorneys for Original Media, LLC and Brian Nashel

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

DMWEST #17004744 v1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrant, and mailed a copy of same to the following, if a non-registrant, this 1st day of September, 2017:

>Kraig J. Marton
>David Farren
>Jaburg & Wilk
>3200 North Central Avenue, 20th Floor
>Phoenix, AZ 85012
>Attorneys for Plaintiff
>
>Daniel C. Barr
>Katherine E. May
>2901 North Central Avenue
>Suite 2000
>Phoenix, AZ 85012
>Attorneys for Original Media, LLC and Brian Nashel

/s/ Catherine M. Weber

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

3

DMWEST #17004744 v1